

# NUMBER 13-19-00436-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF S.R.D., A CHILD

---

**On appeal from the 343rd District Court
of San Patricio County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Benavides, Perkes, and Tijerina
Memorandum Opinion by Justice Tijerina**

Appellant Alicia Torres perfected an appeal from a judgment entered by the 343rd District Court of San Patricio County, Texas, in cause number S-11-5795-FL-C. Appellant has now filed an unopposed amended motion to dismiss her appeal and requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed amended motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Appellant's amended motion to dismiss is granted,

and the appeal is hereby DISMISSED. There being no agreement in the motion regarding costs, pursuant to Rule 42.1(d) of the Texas Rules of Appellate Procedure, all costs are taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

JAIME TIJERINA,
Justice

Delivered and filed the
19th day of March, 2020.

2